UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:12-bk-03664-CCJ |
| Charles R. Douglas | Chapter 7 |
| Rosemary A. Douglas | |
| | Judge Cynthia C. Jackson |
| Debtors | |
| | Adversary Proceeding No. |
| Rodd Sutton | 6:12-ap-00113-CCJ |
| Plaintiff | |
| vs. | |
| Charles Douglas | |
| and | |
| Rosemary Douglas | |
| Defendants | |

## ORDER DISMISSING ADVERSARY COMPLAINT FOR LACK OF PROSECUTION

This matter came before the Court on the 18th day of March 2014 for pretrial hearing (Doc #27) on the adversary complaint filed by Plaintiff Rodd Sutton (Doc # 17, 6:12-bk-03664), the matter having been continued from December 17, 2013. Attorney Larry D. Shenise appeared on behalf of Debtors, Charles Douglas and Rosemary Douglas. Neither the Plaintiff nor the Plaintiff's counsel appeared.

Pursuant to the Court's Order continuing the December 17, 2013 hearing, Plaintiff Rodd Sutton was to appear and failed to do so. After hearing, the Court finds that the Plaintiff has failed to prosecute this matter and therefore orders that the matter be

dismissed with prejudice for lack of prosecution pursuant to Rule 41(B)(2)(b) F. R. Civ. P.

DONE and ORDERED IN Orlando Florida, this 2nd day of April, 2014.

                                          Cynthia C. Jackson
                                          United States Bankruptcy Judge

    Attorney Larry D. Shenise is directed to serve a copy of this order on interested parties and file proof of service within 3 days of entry of the order.